# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Jerry Thomas Barton
dba Big Co

**BANKRUPTCY NO.**  6:16−bk−13972−SC

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−3089
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/29/16

**Address:**
27180 Onaknoll Drive
Perris, CA 92570

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)  The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)  Any discharge entered in this case is hereby vacated in its entirety.

3)  The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: August 29, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23a−odmwab VAN−23) Rev. 11/09

**26 / CRA**